# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle MacDonald Shimota and Thomas G. Shimota,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Bob Wegner, individually, and in his official capacity; Christopher Melton, individually, and in his official capacity; Timothy Gonder, individually, and in his official capacity, Jon Napper, individually and in his official capacity, Daniel Fluegel, Fluegel Law Firm P.A., Dakota County, and John and/or Jane Does 1-10,<br><br>　　　　Defendants. | Case No.: 15-CV-01590 (JRT/KMM)<br><br>**DECLARATION OF DANIEL FLUEGEL IN SUPPORT OF MOTION TO QUASH SUBPOENA** |

DANIEL FLUEGEL, hereby affirms under penalty of perjury, as follows:

1.　I am an attorney duly licensed to practice law in the state of Minnesota.

2.　On November 22, 2016, the Subpoena to Testify at a Deposition in a Civil Action, a copy of which is attached hereto as Exhibit A, was left with the receptionist at my law office. No witness or mileage fees were tendered with the subpoena.

3.　I had no advance notice that this subpoena was forthcoming, nor was I consulted regarding my availability for a deposition.

4.　I am not available to appear for a deposition on the date indicated in the subpoena—November 29, 2016 at 1:00 p.m.

- 2 -

5.      The records requested to be produced in the subpoena contain information prepared in anticipation of litigation, work product, and information protected by the attorney-client privilege.

Dated: November 23, 2016          /s/ Daniel Fluegel
                                  Daniel Fluegel

1618962.docx