UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle MacDonald Shimota, *et al.*, | Case No. 15-cv-1590-JRT-KMM |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF CORPORAL FARREL BYRD IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Bob Wegner, *et al.*, | |
| Defendants. | |

FARREL BYRD, having first been duly sworn under oath, states as follows:

1. I am employed with defendant Dakota County as a Correctional Corporal at the Dakota County Jail ("Jail"), a position I have held since 2011. I submit this Affidavit in support of the County Defendants' Motion for Summary Judgment.

2. I was on duty at the Jail on September 12, 2013, when plaintiff Michelle MacDonald Shimota (hereinafter, "Ms. MacDonald") arrived at the Jail.

3. Ms. MacDonald refused to answer questions asked of her during the booking process, including medical screening questions.

4. Because Ms. MacDonald refused to answer medical screening questions, I could not rule out the possibility that she had or may have been exposed to tuberculosis or another contagious disease.

5. Based on Ms. MacDonald's refusal to answer medical screening questions, I made the decision to place her in one of the Jail's negative-pressure rooms, I327, to prevent the possible spread of tuberculosis or another contagious disease.

1

Further your affiant sayeth not.

_____
Corporal Farrel Byrd

[Notary Seal: MARY LEE MCPHETRES, Notary Public-Minnesota, My Commission Expires Jan 31, 2019]

Subscribed and sworn to before this 1st day of March, 2017

_____
Notary Public