UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle MacDonald Shimota, *et al.*, | Case No. 15-cv-1590-JRT-KMM |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF SERGEANT CHRISTOPHER MELTON IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Bob Wegner, *et al.*, | |
| Defendants. | |

CHRISTOPHER MELTON, having first been duly sworn under oath, states as follows:

1. I am employed by defendant Dakota County as a Sergeant with the Dakota County Sheriff's Office. I submit this Affidavit in support of the County Defendants' Motion for Summary Judgment.

2. Annexed hereto as <u>Exhibit 1</u> is the Incident Report that I created on September 12, 2013, in connection with my arrest of plaintiff Michelle MacDonald Shimota (hereinafter, "Ms. MacDonald") that day.

3. I understand that Ms. MacDonald claims her gold cross pendant was misplaced when her personal property was inventoried in a courtroom bailiff station on September 12, 2013. I have never seen or had possession of Ms. MacDonald's pendant, and I certainly never lost or stole it.

1

Further your affiant sayeth not.

_____
Sergeant Christopher Melton

Subscribed and sworn to before
this 2nd day of March, 2017

_____
Notary Public



VALERIE M. DOCKTER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020