UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle MacDonald Shimota, *et al.*, | Case No. 15-cv-1590-JRT-KMM |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF DEPUTY JON NAPPER IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Bob Wegner, *et al.*, | |
| Defendants. | |

JON NAPPER, having first been duly sworn under oath, states as follows:

1. I am employed with defendant Dakota County as a Deputy Sheriff. I submit this Affidavit in support of the County Defendants' Motion for Summary Judgment.

2. On September 12, 2013, I photographed personal property belonging to plaintiff Michelle MacDonald Shimota (hereinafter, "Ms. MacDonald") that I inventoried in connection with her arrest that day. A copy of the photograph I took is annexed hereto as Exhibit 1.

3. I understand that Ms. MacDonald claims her gold cross pendant was misplaced when I inventoried her personal property on September 12, 2013. There is no pendant in the photograph I took that day. I have never seen or had possession of Ms. MacDonald's pendant, and I certainly never lost or stole it.

1

Further your affiant sayeth not.

_____
Deputy Jon Napper

Subscribed and sworn to before
this 1st day of March, 2017

_____
Notary Public

> VALERIE M. DOCKTER
> NOTARY PUBLIC - MINNESOTA
> My Commission Expires Jan. 31, 2020

2