UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle MacDonald Shimota, *et al.*, | Case No. 15-cv-1590-JRT-KMM |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF DEPUTY ROBERT WEGNER IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Bob Wegner, *et al.*, | |
| Defendants. | |

ROBERT WEGNER, having first been duly sworn under oath, states as follows:

1. I am employed with defendant Dakota County as a Deputy Sheriff. I submit this Affidavit in support of the County Defendants' Motion for Summary Judgment.

2. I understand that plaintiff Michelle MacDonald Shimota claims her gold cross pendant was misplaced when her personal property was inventoried in a courtroom bailiff station on September 12, 2013. I have never seen or had possession of her pendant, and I certainly never lost or stole it.

Further your affiant sayeth not.

_____
Deputy Robert Wegner

Subscribed and sworn to before
this 1st day of March, 2017

_____
Notary Public

VALERIE M. DOCKTER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

1