UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michelle MacDonald Shimota, *et al.*, | Case No. 15-cv-1590-JRT-KMM |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF JEFFREY A. TIMMERMAN IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO STRIKE THE REPORT AND PROFFERED TESTIMONY OF RICHARD LICHTEN** |
| Bob Wegner, *et al.*, | |
| Defendants. | |

---

JEFFREY A. TIMMERMAN, having first been duly sworn under oath, states as follows:

1. I represent defendants Bob Wegner, Christopher Melton, Timothy Gonder, Jon Napper, and Dakota County (collectively, the "County Defendants") in the above-captioned civil action. I submit this Affidavit in support of the County Defendants' Motion to Strike the Report and Proffered Testimony of Richard Lichten.

2. A copy of Mr. Lichten's Fed. R. Civ. P. 26(a)(2)(B) report in this case is annexed hereto as Exhibit 1.

Further your affiant sayeth not.

_____
Jeffrey A. Timmerman

Subscribed and sworn to before
this 2nd day of March, 2017

_____
Notary Public

VALERIE M. DOCKTER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

1