UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michelle MacDonald Shimota, | Case No. 15-cv-1590 (JRT/KMM) |
| Plaintiff, | |
| v. | DECLARATION OF MICHAEL B. PADDEN |
| Bob Wegner, *et al.* | |
| Defendants. | |

---

1. My name is Michael B. Padden. I am the attorney for the Plaintiff.

### Depositions

2. Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Plaintiff Michelle MacDonald.

4. Attached hereto as Exhibit 2 is a true and correct copy of the deposition transcript of Sargeant Christopher Melton for this matter.

5. Attached hereto as Exhibit 3 is a true and correct copy of the deposition transcript of Deputy Timothy Gonder for this matter.

6. Attached hereto as Exhibit 4 is a true and correct copy of the deposition transcript of Deputy Jon Napper for this matter.

### Expert Resume

7. Attached hereto as Exhibit 5 is a true and correct copy of the resume of Plaintiff's expert, Richard Lichten, for this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed pursuant to 28 U.S.C.§ 1746 on today's date March 23, 2017.

_____
Michael B. Padden